IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CALBERT SHAW-REED**                                                      **PLAINTIFF**

v.                  **CASE NO. 4:17-CV-00841 BSM**

**KEITH BOWERS, Administrator,**
**CRAIGHEAD COUNTY DETENTION CENTER, et al.**       **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 6] submitted by United States Magistrate Judge Joe J. Volpe has been received. The parties have not filed objections. After careful review, the recommended disposition is adopted in its entirety, and this case is dismissed without prejudice for plaintiff Calbert Shaw-Reed's failure to either pay the statutory filing fee or submit an application to proceed *in forma pauperis*. It is further certified that an *in forma pauperis* appeal from this order and judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of February 2018.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE